UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT JOHNSON,

        Plaintiff,

  v.

JARNAIL SINGH BASSI,

        Defendant.

CIV. NO. 2:16-02059 WBS DB

ORDER

----oo0oo----

       The defendant in this case, Jarnail Singh Bassi, is appearing pro se.  Accordingly, pursuant to Local Rule 302(c)(21), this case is hereby referred to the assigned magistrate judge for all further proceedings consistent with the provisions of the Rule.  The Status (Pretrial Scheduling) Conference set for March 27, 2017 is hereby VACATED.

       IT IS SO ORDERED.

Dated:  March 20, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1